FILED

2022 Dec-12  AM 09:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**     *

**vs.**     *

           **Case No.** <u>1:22-CR-00417-RDP-NAD-1</u>

**KRYSTAL DIANE PINKINS,**     *

**Defendant**     *

## **NOTICE OF APPEARANCE**

Comes now the undersigned Attorney, Justin C. Wilson and files his Notice Of Appearance, and hereby enters his appearance as Criminal Justice Act attorney of record for the Defendant in the above styled criminal case, Krystal Diane Pinkins.

The undersigned attorney agrees to represent the Defendant, Krystal Diane Pinkins, in all proceedings in the above styled criminal case in the United States District Court for the Northern District of Alabama.

DONE this the 12th day of December, 2022.

*s/Justin C. Wilson*
Justin C. Wilson

## CERTIFICATE OF SERVICE

I, Justin C. Wilson, do hereby certify that I have on this the 12th day of December, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

s/Justin C. Wilson
Justin C. Wilson
Attorney for the Defendant