IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**            *

**vs.**                                 *

                                 Case No. **1:22-CR-00417-RDP-NAD-1**

**KRYSTAL DIANE PINKINS,**              *

  **Defendant**                      *

## DEFENDANT'S AGREEMENT TO STIPULATE FEDERAL TERRITORIAL JURISDICTION

Comes now, the undersigned counsel of record for the Defendant, Krystal Diane Pinkins, and states as follows:

1. The Defendant was arraigned on December 15, 2022 on a four-count indictment. (Doc. 1)

2. The United States has moved this Court, pursuant to Federal Rule of Evidence 201 (c)(1), to take judicial notice of federal territorial jurisdiction of the crimes alleged in the indictments in the above referenced cases. (Doc. 20)

3. The undersigned has reviewed the Government's filing and does not oppose the Government's request for the Court to take judicial notice of federal territorial jurisdiction of the crimes alleged in the indictments in the above referenced cases.[1]

---

[1] The Defendant, Krystal Pinkins, was ordered to undergo a mental evaluation (Doc. 17). The undersigned has not yet received the results of said evaluation.  The Defendant, Krystal Pinkins, has not expressly authorized the undersigned to file this stipulation and may lack the competence to give such an authorization.  However, the undersigned is of the opinion that the Government is correct in its filing (Doc. 20) and also seeks to promote judicial economy in the trial in the above referenced cases.

      Wherefore, premises considered, Counsel for the Defendant respectfully request this Honorable Court take judicial notice of federal territorial jurisdiction to promote judicial economy in the above referenced cases.

      Respectfully submitted 26th day of May, 2023.

                                            */s/ Justin C. Wilson*
                                            Justin C. Wilson
                                            Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

      I, Justin C. Wilson, do hereby certify that I have on this the 26th day of May 2023, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

                                            */s/ Justin C. Wilson*
                                            Justin C. Wilson
                                            Attorney for the Defendant