# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **v.** } | **Case No.: 1:22-CR-417-RDP-NAD** |
| } | |
| **KRYSTAL DIANE PINKINS,** } | |
| } | |
| **Defendant.** } | |

## ORDER SETTING CRIMINAL JURY TRIAL

The above-referenced action is scheduled for trial before a jury to begin on **September 25, 2023**, at **9:00 a.m.**, in the Special Proceedings Courtroom, located on the 8th floor of the Hugo L. Black United States Courthouse in Birmingham, Alabama. Accordingly, the court **DIRECTS** the parties and their counsel to comply with the following schedule:

(a) At least fourteen (14) days before trial, the government shall provide to defense counsel copies of all exhibits it anticipates using at trial, including any summaries. Any exhibits previously provided can be identified by Exhibit number without the need to copy it again. The court requests that a binder with copies of anticipated exhibits be provided to the court for reference from the bench during the course of the trial.

(b) Any motions in limine shall be filed at least one (1) week in advance of the scheduled trial date and shall be accompanied by supporting memoranda containing legal authority upon which counsel relies.

(c) At least one (1) week prior to trial, the parties shall present to the court any special questions or topics for voir dire examination of the jury venire and trial briefs (if any).

(d) Any proposed jury charges must be filed no later than one (1) week before trial. Each proposed charge shall be numbered, on a separate sheet of paper, and supported by legal authority (including excerpts of any statutes on which the instructions are based).

This court believes that the following violations of rules of decorum delay trials and create undue controversy. For that reason, the court further **DIRECTS** as follows:

1. During the trial of this case, all counsel and their clients shall stand each time the jury enters and exits the courtroom.

2. Counsel are expected to always conduct themselves with civility and appropriate decorum, whether addressing the court, witnesses, parties or opposing counsel. The court will not tolerate conduct that violates rules of decorum.

3. Do not try -- or even appear to try -- to mislead witnesses, the jury, or the court. (*See* Oath of Admission.)

4. Do not make comments or remarks to lawyers or witnesses. Counsel shall address the court. Likewise, do not argue with witnesses.

5. Do not argue when making objections unless the court calls for argument at side bar. State general grounds only.

6. Do not raise your voice or act indignant. Do not ask questions in an argumentative tone of voice.

7. Wait until the answer is completed before asking another question. The court reporter can only record the testimony or remarks of one person at a time.

8. Do not, while another lawyer is questioning a witness, make open court offers to stipulate as to testimony, exhibits or otherwise. If you wish to stipulate, ask to approach the bench.

9. Every attorney practicing in this court certifies to the court by his or her appearance herein that he or she has read this court's local rules.

**DONE** and **ORDERED** this August 31, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE